The United States District and Bankruptcy Courts for the District of Columbia.

Gerold Lowe
P.O. Box 166624
Little Rock, AR 72216
501-240-2218

Case: 1:17-cv-01857 **JURY DEMAND**
Assigned To : Unassigned
Assign. Date : 9/11/2017
Description: Pro Se Gen. Civ **(F-DECK)**

V.

(1). Joseph Steinmetz, Chancellor, University of Arkansas, Fayetteville, Arkansas. Office of the Chancellor. 425 Administration Building. Fayetteville, AR 72201;

(2). Andrew Rogerson, Chancellor University of Arkansas, Little Rock, Arkansas, 2801 South University, Little Rock, AR 72204;

(3). Dean Harper, Dean of Student Affairs, 2801 South University, Little Rock, AR 72204;

(4) Mrs. Burchfield, the Dean of the William H. Bowan Law Library, 1201 McMath Street, Little Rock, Arkansas;

(5) Ms. Kayla, the Circulation Desk Manager, the William H. Bowan Law Library, 1201 McMath Street, Little Rock, AR 72203

(6) Ms. Laura Holzhauer, 17 Westchester Ct, Little Rock, AR

SEP 2017

(1)

1201 MCMATH STREET.

## COMPLAINT

IN THE INTEREST OF FUNDAMENTAL JUSTICE, AND IN THE INTEREST OF FUNDAMENTAL FAIRNESS, AND IN THE INTEREST OF MY OWN SELF-DEFENSE, THIS IS MY STATEMENT IN SUPPORT OF MY COMPLAINT TO THE ISSUE OF ME, JEROLD LOWE, BEING PERMANENTLY AND INDEFINITLY BARRED WITHOUT PROBABLE CAUSE FROM THE WILLIAM H. BOWAN PUBLIC LIBRARY, 1201 MCMATH ST., LITTLE ROCK, AR 72204 BASED ON PREJUDICIAL ACCUSATIONS, ALLEGATIONS, AND ENCOUNTERS OF SEXUAL HARRASSMENT BY MS. LAURA HOLZHAUER, AND SIMILAR ENCOUNTERS BY MRS. BURCHFIELD, AND MS. COOK, AND

(2)

APPROVED BY CHANCELLOR STEINMETZ, AND ROGERSON, AND DEAN HARPER.

WHEREAS, TO HATE IS ONE THING, BUT TO EXTEND THAT HATRED AND CONSPIRE WITH ANOTHER(S) TO AGREE TO COMMIT AN UNLAWFUL OVERT ACT TO AN INDIVIDUAL OR GROUP, AND ACHIEVE AND COMPLETE THE AGREEMENT OF THE OVERT ACT AND CAUSES INJURY PERSONALLY TO THE INDIVIDUAL OR GROUP OF A CLASS-BASED ANIMUS GROUP (SPEAKING OF MYSELF) IS A FEDERAL CRIMINAL CRIME. THIS IS ALSO KNOWN AS CIVIL CONSPIRACY, AND JIM CROW LAWS. THIS OVERT ACT WAS PLOTTED TO PREJUDICIALLY HAVE ME (JEROLD LOWE) PERMANTENTALLY AND INDEFINIT-LY BARRED/BANED FROM THE WILLIAM H. BOWAN PUBLIC

(3)

LIBRARY.

TO THE BEST OF MY KNOWLEDGE AND BELIEF, THIS OVERT ACT WAS CONSPIRED, INITIATED, AND CONDUCTED BY MS. KAYLA COOK WITH THE PARTICIPATION OF MRS. BURCHFIELD, AND MS. LAURA HOLZHAUER IN THIS PLOT TO DEFAME AND SLANDER MY HONOR, GOOD NAME, INTEGRITY, AND REPUTATION. WHEREAS, I WAS ACCUSED, JUDGED, CONVICTED, AND EXECUTED WITHIN ONE HOUR WITHOUT DUE PROCESS AFFORDED TO ME BY THE DEFENDANTS NOTED ABOVE. THIS IS DEFINED AS DEFAMATION OF CHARACTER.

WHEREAS, AS A VIETNAM COMBATANT VETERAN, ALSO, WHAT I WOULD LIKE FOR THIS COURT TO DO TO CORRECT THIS SITUATION IS TO "ORDER" THE DEFENDANTS TO PROVIDE

(4)

CLEAR AND CONVINCING MATERIAL EVIDENCE BY THE PRE-
PONDERANCE OF THE EVIDENCE BEYOND A REASONABLE
DOUBT THAT THEIR CONTENTIONS ARE THE TRUTH, THE
WHOLE TRUTH, AND NOTHING BUT THE TRUTH UNDER THE
SOLEMN OATH TO INCLUDE THE 1ST, 4TH, 5TH, 6TH, 7TH,
AND THE 14TH AMENDMENTS OF THE UNITED STATES CONSTITU-
TION AND ITS BILL OF RIGHTS. THESE ARE FEDERAL LAWS
AND FEDERAL STATUTES.

WHEREAS, THIS IS A VERY SERIOUS AND SEVERE STIGMAT-
IZING CRIMINAL INJURY DEFRAUDED UPON ANY AFRICAN
AMERICAN MALE ANYWHERE IN THE UNITED STATES OF
AMERICA, BUT MORE ESPECIALLY HERE IN ARKANSAS, MY HOME
STATE.

(5)

WHEREAS, TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS MORE LIKELY THAN NOT THAT I HAVE BEEN SINGLED OUT AS AN INDIVIDUAL OF A CLASS-BASED ANIMUS GROUP FOR THE SOLE PURPOSE TO BE FRAUDANTLY ACCUSED, JUDGED, CONVICTED, AND EXECUTED WITHIN ONE HOUR WITHOUT PROBABLE CAUSE; WITHOUT CLEAR AND CONVINCING MATERIAL EVIDENCE; AND WITHOUT THE PREPONDERANCE OF THE EVIDENCE BEYOND A REASONABLE DOUBT THAT THE DEFANDANTS CONTENTIONS ARE TRUE.

FROM MY LIFE'S EXPERIENCES THIS IS LINKED TO THE HISTORICAL JIM CROW ERA OF HATE CRIMES AND ITS INJUSTICE ESPECIALLY WHEN THE HATRED EXTENDS TO CARRYING OUT A CALCULATED CONSPIRATORIAL OVERT ACT TO HARM,

(6)

HINDER, MAIM, AND INJURE ME. WHICH WAS DONE WIL-

FULLY, AND WITHOUT MATERIAL FACTS.

THIS IS THE CONSPIRACY TO DISCRIMINATE AGAINST ME; THE

CONSPIRACY TO COMMIT PERJURY AGAINST ME; THE CONSPIRACY

TO COMMITT PREJUDICIAL ACTS AGAINST ME; THE CONSPIRACY

TO COMMITT HATE CRIMES AGAINST ME; THE CONSPIRACY TO

DEFAME AND SLANDER MY HONOR, GOOD NAME, INTEREGY,

AND REPUTATION; THE CONSPIRACY TO VIOLATE MY UNITED

STATES CONSTITUTIONAL PROCEDURAL DUE PROCESS RIGHTS;

AND THE CONSPIRACY TO COMMITT CONSPIRACY BASED ON

THE DEFINITION AND CRITERIA OF CONSPIRACY.

THEREFORE, IN THE INTEREST OF FUNDAMENTAL JUSTICE, AND

THE PRINCIPLES OF FUNDAMENTAL FAIRNESS BE IT RESOLVED

(7)

THAT I AM SEEKING AND REQUESTING A JURY TRIAL TO INCLUDE DISCOERY'S, DEPOSITIONS, INTERROGATORIES, SUBPOENAS, ETC, ETC, ETC. WHEREAS I AM SEEKING $170 MILLION DOLLARS FOR PERSONAL AND PROPERTY DAMAGES; $35 MILLION DOLLARS FOR ATTORNEY'S FEES; $10 THOUSAND DOLLARS PER DAY FOR EACH DAY THAT I AM PREJUDICIALLY BARRED/BANED FROM THE WILLIAM H. BOWAN PUBLIC LAW LIBRARY BE GANNING 26 MAY 2017; A PUBLIC APOLOGY; RESTATEMENT TO THE USE OF THE NOTED LIBRARY; AND I AM REQUESTING THE ASSISTANCE OF A FEDERAL PUBLIC DEFENDER.

RESPECTFULLY SUBMITTED
Jerold Lowe  01 AUG 2017.
JEROLD LOWE

*Jerold Lowe*
JEROLD LOWE
P.O. BOX 166624
LITTLE ROCK, AR.
72216

(8)

JEROLD LOWE

The United States District Court
Clerk's Office
333 Constitution Avenue, N.W.
Room 1225
Washington DC 20001

7016 1370 0000 6998 3606

U.S. POSTAGE PAID
LITTLE ROCK, AR
72206
SEP 01 17
AMOUNT
$7.50
R2305E124847-1